# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JAMIE SLEEPER

VERSUS

JOSHUA SLEEPER

NO.   2021 CW 1152

**DECEMBER 6, 2021**

---

In Re:   Jamie Sleeper, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2019-15632 c/w 2019-15634.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT